IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Joe Hand Promotions, Inc., | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:23-CV-157-RP |
| SHYSG GROUP, LLC, *doing business as* Louie's Beer Garden & Oyster House, SEAN J. NEAL, ALLEN SHY, JAMIE SHY, and GEORGE H. LEWIS, IV, *also known as* Hank Lewis, | § § § § § § | |
| Defendants. | § | |

## ORDER

Having been informed that Plaintiff, JOE HAND PROMOTIONS, INC. ("Plaintiff") and Defendants, SHYSG GROUP, LLC, d/b/a LOUIE'S BEER GARDEN & OYSTER HOUSE, LOUIE'S BEER GARDEN, and d/b/a LOUIE'S, SEAN J. NEAL, ALLEN SHY, JAMIE SHY, and GEORGE H. LEWIS IV, HANK LEWIS (collectively, "Defendants") wish to enter into an Agreed Final Judgment in this case, the Plaintiff and Defendants herein agree to the entry of a final judgment in this case, as follows:

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** as follows:

1. That final judgment is hereby entered in favor of Plaintiff, JOE HAND PROMOTIONS, INC. and against Defendants, SHYSG GROUP, LLC, LOUIE'S BEER GARDEN & OYSTER HOUSE, d/b/a LOUIE'S BEER GARDEN, and LOUIE'S, SEAN J. NEAL, ALLEN SHY, JAMIE SHY, and GEORGE H. LEWIS IV, HANK LEWIS; and

2. Plaintiff hereby recovers statutory damages pursuant to 47 U.S.C. § 605(e)(3)(C)(i)(II) from Defendants, jointly and severally, in the amount of $10,000.00; and

3. That Plaintiff hereby recovers additional damages pursuant to 47 U.S.C. § 605(e)(3)(C)(ii) from Defendants, jointly and severally, in the amount of and $20,000.00, and

4. The Court hereby awards to Plaintiff and against Defendants, jointly and severally, post-judgment interest on the amounts awarded herein at an annual rate of 5.16% from the date of final judgment in this case until paid.

5. This judgment is a final judgment in this case.

**IT IS FURTHER ORDERED** that the joint motion for entry of final judgment, (Dkt. 17), is **GRANTED**.

**IT IS FINALLY ORDERED** that this case is **CLOSED**.

**SIGNED** on July 6, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE